RECEIVED
OCT 23 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:17-cr-00160 |
| VS. | : | JUDGE DRELL |
| SHAWN BELL, JR. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. 28], and in the transcript previously filed herein, [Doc. 23] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. 24], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **SHAWN BELL, JR.** on October 19, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

Alexandria, Louisiana this 23rd day of October, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT